①

read all
sides of
papers
→

December 20, 2018    1:18-01538

FILED

DEC 2 6 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Dear Clerk of Clerk:

My name is Adrian Weems-Bey.
I am a Moorish-American.
I have been violated and deprived of
human rights.

Firstly, On, September 13, 2018, and On, October
30, 2018, I received Some legal mail
from the Court's opened and not in
my presence, which violates the Court's
order that was stamped on envelople"
            LEGAL MAIL
            OPEN IN THE PRESENCE
            OF THE INMATE"

The mail department here also stamped
on same envelople" THIS CORRESPONDENCE
DOES NOT MEET BOP CRITERIA
OF SPECIAL MAIL HANDLING"

The officials has disregarded the
Court's order and my privicy.
That's a federal crime.

②

Also, on, November 05, 2018, and on, November 21, 2018, My Legal mail was opened again outside of my presence.

I have address this issue with several officials, but no one has investigated, or attempt to solve this problem.

According, to the (Program Statement) 9540.19 "Legal Correspondence
(A) staff shall make each envelope of incoming Legal mail (mail from Courts or Attorneys) to show the date & time of Receipt, the date & time the letter is delivered to an inmate & opened in the inmates prence, and the name of the staff member who delivered the Letter. The inmate may be ask) to sign as receiving the incoming mail. This paragraph applies only if the sender has marked the envelope as specified in §540.18)

The process and procedures in the above paragraph has been violated.

③

I am asking if the Courts can file a Motion for appointment of Counselor to represent me in this matter?

Secondly, On, November 16, 2018, i was given a Lunch meal, a bag of chips, and an apple at Lunch time, but it wasn't my regular "No Meat," that i get on the everyday basis, so i protested about it to several officials, yet they couldn't do anything about it.

So, i start eating some of the apple, when something moved around inside my mouth, so i got scared and spit whatever it was out, which was a Live Worm. I pressed the emergency button to alert a staff, so they can handle the current situation.

After a while an official came down and i attempted to speak with him about the incident, but he just laughed and said there's nothing with eating a worm, and he walked off.

④

I reported this to (SIS) the warden, assistant Warden, and other departments but no investigation has been taken into consideration.

I'm also asking for representation in this matter?

Thirdly, I proclaimed my nationality at Terre Haute USP, and was given a trible name as -Bey- that connects to my last mame. It links me back to my fore-fathers, and is part of our Religion. We as Moorish-Americans are entitle to use our mame. We are protected by the first amendment of the Constitution, freedom of Religion.

The purpose for saying this, is to say, that I tried sending legal mail out with my name but they returned it.

In closing, I hope to hear from you-all very soon.

Thanks,

Adrian Lamar Weems
#15093-030
(FCI) McDOWELL
Federal Correctional Institution
P.O. Box 1009
Welch, WV 24801
SHU-E220

(Legal mail)



CHARLESTON WV 250

PURPLE HEART

To: Clerk of Court
United States Court House
100 North Herber Street
Beckley, WV. 25801

25801-000899

FEDERAL CORRECTIONAL INSTITUTION
McDOWELL
PO BOX 1029
WELCH, WV 24801

DATE 12/20/18

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.