*Attachment A - <u>Bivens</u> Complaint form*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Adrian Weems-Bey                    15093-030

_____            _____

_____            _____

_____            _____

*(Enter above the full name of the plaintiff*        *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action)*

v.                                  CIVIL ACTION NO. __1:18-cv-01538__

FCI-McDowell                        *(Number to be assigned by Court)*

_____

_____            FILED

_____            MAR 1 4 2019

_____            RORY L. PERRY II, CLERK
                                    U.S. District Court
*(Enter above the full name of the defendant*        Southern District of West Virginia
*or defendants in this action)*

Defendant(s).


**COMPLAINT**

I.      **Parties**

        A.      Name of Plaintiff:      _____

                Inmate No.:             _____

                Address:                _____

                                        _____


I have no knowledge who had opened my Legal mail because i was in the shu, at the time of the violation. I need an attorney that'll investigate this matter.

B.    Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

C.    Name of Defendant: _____

Position: _____

Place of Employment: _____

_____

D.    Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: _____

Position: _____

Place of Employment: _____

_____

Name of Defendant: _____

Position: _____

Place of Employment: _____

_____

2

II.    **Place of Present Confinement**

Name of Prison/Institution: _FcI- GiLmer_

A.    Is this where the events concerning your complaint took place?

Yes _____          No __X__

If you answered "no," where did the events occur? _____
_FcI- MeDOWELL_

B.    Is there a prisoner grievance procedure in this institution?

Yes __X__          No _____

C.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    Yes __X__          No _____

If you answered "no," explain why not: _Well, I've submitted many cop-outs to the administration, Counselor, Unit manger, Warden but no one responded back._

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): _I wasn't given the proper forms for Administrative actions, I was instructed to file all complaints on a peice of paper._

III.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____          No __✓__

B.    If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.    Parties to the previous lawsuit:    _NA_

Plaintiff(s): _____

Defendant(s): _____

3

2.    Court (if federal court, name the district; if state court, name the county);

_____ N/A _____

3.    Docket Number: _____ N/A

4.    Name of judge to whom case was assigned: _____ N/A _____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  N/A

_____ N/A

6.    Approximate date of filing lawsuit: _____ N/A

7.    Approximate date of disposition: _____ N/A

## IV.    Statement of Claim

State here, as briefly as possible, the <u>facts</u> of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

I was in the (SHU), when this violation took place. I've no idea who had opened my Legal mail. I had received my mail in that condition. Whoever, worked on Sept. 13 2018, October 31, 2018, Nov. 05, 2018, Nov. 21, 2018, in FCI-McDowell W.V. Mail Department, that's who is responsible for this violation.

4

## V.    Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I want an apology from the person, or persons that violated my privacy and human rights, and compensation for the pain it caused.

No human being should go through this nightmare. Thanks.

Signed this 08 day of March , 20 19 .

_____
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on Friday, March 08, 2019 .
(Date)

_____
Signature of Plaintiff

5