*Attachment A - <u>Bivens</u> Complaint form*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Adrian Weems-Bey                                   15093-030

_____     _____

(Enter above the full name of the plaintiff       (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action)

v.                                                                CIVIL ACTION NO. 1:18-cv-01538
                                                                  (Number to be assigned by Court)

FCI-McDowell

_____

(Enter above the full name of the defendant
or defendants in this action)

Defendant(s).

## COMPLAINT

I.   **Parties**

   A.   Name of Plaintiff:   Adrian Weems-Bey

        Inmate No.:   15093-030

        Address:   FCI-Gilmer Federal Correctional Institution / P.O. Box 6000 Glenville, WV 26351

B. Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

C. Name of Defendant: JOHN DOE / Correctional Officer

Position: Mail Room / Clerk

Place of Employment: FCI-MCDOWELL, WV

D. Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: JOHN DOE / Correctional Officer

Position: Mail Room / Clerk

Place of Employment: FCI-MCDOWELL, WV

Name of Defendant: JANE DOE / Correctional Officer

Position: Mail Room / Clerk

Place of Employment: FCI-MCDOWELL, WV

2

E. Name of Defendant: JOHN DOE/Correctional Officer
   Position: Mail Room/Clerk
Place of Employment: FCI-McDOWELL, WV

_____

F. Name of Defendant: Chaplin, Colliel/Correctional Officer
   Position: Clerk/Chaplin
Place of Employment: FCI-McDOWELL, WV

_____

**II. Place of Present Confinement**

Name of Prison/Institution: FCI-Gilmer

A. Is this where the events concerning your complaint took place?

　　Yes _____　　No __X__

　　If you answered "no," where did the events occur? FCI-McDowell

B. Is there a prisoner grievance procedure in this institution?

　　Yes __X__　　No _____

C. Did you present the facts relating to your complaint in the prisoner grievance procedure?　Yes _____　No __X__

　　If you answered "no," explain why not: I had been denied all access to any Administrative grievance procedures. I have sent evidence showing my attempt of requesting proper forms.

　　If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): _____

**III. Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

　　Yes _____　　No __X__

B. If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

　　1. Parties to the previous lawsuit:

　　　　Plaintiff(s): NA

　　　　Defendant(s): _____

3

2. Court (if federal court, name the district; if state court, name the county); __NA__

3. Docket Number: __NA__

4. Name of judge to whom case was assigned: __NA__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __NA__

6. Approximate date of filing lawsuit: __NA__

7. Approximate date of disposition: __NA__

IV. **Statement of Claim**

State here, as briefly as possible, the <u>facts</u> of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

On September 01, 2018, I, Adrian Weems Bey, while in SHU, on the above date, had requested religious/Moorish Materials, from Colliel the chaplin. He had unconsciously as well as consciously disregarded my access and right to religion material that's protected by the first Amendment. Also, on January 06, 2018, He, Mr. Colliel/chaplin came to my cell and ask me if I wanted to participate in the Moorish/ ceremony meal. I agreed to participate. But

He did not show up. Which violated and interferred with my first Amendment right or Constitutional right.

On Janurary 08, 2018, was the day for the Ceremony meal.

I am requesting that the Courts demand the Administration at FCI-McDowell, to release their camera tapes that's in the SHU on those paticular dates. In doing so, it'll reveal my evidence.

4

**V.     Relief**

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the courts to order each JOHN DOE or JANE DOE/correctional officer to pay my $1,000,000 for the Damages and violations of my constitutional rights.

Signed this 10 day of June 10, , 20 19 .

*Adrian Weems Bey*
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on June 10, 2019 .
            (Date)

*Adrian Weems Bey*
Signature of Plaintiff

5

On September 13, 2018, while in Shu, I, Adrian Weems Bey, had received legal mail from the Court's that had been improperly opened outside of my presence by (JOHN DOE/correctional officer, or officers at FCI-McDowell WV. Again, this violation of constitutional right, under the Fourth Amendment of the Constitution. It further states: unreasonable searches and seizures of person, houses, or papers.

On October 30, 2018, November 05, 2018, and on November 21, 2018, (JOHO DOE or JANE DOE/ Correctional officer or officers had improperly opened my legal mail from the Court's.

I had been in the Shu, so it'll or would be difficult to pinpoint who illegally violated my constitutional right. But, a view of the Camars in Shu at FCI-McDowell, will show who the (JOHN DOE) that had brought my Legal mail on those dates and hereafter will give the Court's an oppurtunity to request a view of the Camars.

Weems-Bey

# Religious Beliefs and Practices [Program Statement]

[Definition § 548.11. For purposes of this subpart, the term "religious activity" includes religious diets, services, ceremonies, and meetings.]

[Chaplains § 548.12. Institution chaplains are responsible for managing religious activities within the institution. Institution chaplains are available upon request to provide pastoral care and counseling to inmates through groups programs and individual services.

(1) SHU Religious Access. Ordinarily, all inmates, except those in the SHU, have access to regularly scheduled congregate services. Inmates of all faiths will have regular access to chaplains.

Adrien Weems Bey
15093-030
FCI-Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

To: Clerk, United STATES District Cou[rt]
ELIZABETH KEE FEDERAL BUILDING
601 Federal Street, RM 1000
BLUEFIELD, WV 24701

6/10/19

(Legal mail)