```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

ADRIAN WEEMS-BEY,

    Plaintiff,

v.                                  CIVIL ACTION NO. 1:18-01538

FCI MCDOWELL, et al.,

    Defendants.

### MEMORANDUM OPINION AND ORDER

On July 13, 2021, this case was dismissed. Thereafter, on August 2, 2021, plaintiff filed a "Motion For inquiry into Court's order for the deduction of 20% of my income at FCI-Gilmer." ECF No. 68. According to plaintiff, he has been making payments on a previous lawsuit and "funds are constantly being taken." Id. However, by letter dated July 13, 2021, the Clerk of Court informed plaintiff that no payments had been made on his behalf in either this case or in Civil Action No. 1:21-00069. See ECF No. 64. Therefore, plaintiff's motion is **DENIED**.[*]

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 20th day of October, 2021.

ENTER: *David A. Faber*

David A. Faber
Senior United States District Judge

---

[*] In his motion, plaintiff states that he "isn't making a complaint but requesting a proper inquiry." ECF No. 68